# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 4:15-CR-2 (CDL)** |
| **v.** | : | |
| | : | |
| **JAMES EDWARD NORRIS** | : | |
| | : | |
| | : | |
| | : | |

## AMENDED CONSENT ORDER

The United States and *Pro Se* Petitioner, Thelma LaTrece Brown, formally known as Thelma LaTrece Norris, have executed and presented to the Court an Amended Stipulated Settlement Agreement and Release of Claims ("Agreement") which is attached hereto and made a part of this Order, in which they agreed that the scheduled payments for the remaining insurance claim funds be reduced. More specifically, *Pro Se* Petitioner has agreed to release the remaining funds received from the insurance claim in the total amount of $3,109.12. Further, the Parties agreed that *Pro Se* Petitioner submit monthly payments to the United States Marshals Service in the amount of $50.00, beginning on May 1, 2019, until the unavailable balance of $3,109.12 has been satisfied as stated in the Amended Agreement.

Accordingly, the Court hereby makes the following findings of fact and conclusions of law:

1.      This Court has jurisdiction of this matter pursuant to 18 U.S.C. § 3231, and venue is proper pursuant to 18 U.S.C. § 3232 and FED. R. CRIM. P. 18.

2	The United States previously furnished due and legal notice of these proceedings as required by law by causing publication of notice of forfeiture and the intent of the United States to dispose of the insurance claim funds in accordance with the law. In addition, all persons known to the United States to have a possible interest in the insurance claim funds have received actual notice and service of the Amended Preliminary Order of Forfeiture.

3	The United States and *Pro Se* Petitioner filed a Joint Notice and Statement as to the insurance claim funds, and an Agreement, recognizing *Pro Se* Petitioner's interest in the insurance claim funds in the total amount of $11,659.12 for the damaged 2008 Cadillac Escalade, VIN# 1GYFK63828R207547, titled in the name of *Pro Se* Petitioner and the Defendant.

4	The Parties agreed that *Pro Se* Petitioner shall release the funds received from the insurance claim in the total amount of $11,659.12 to the United States. Further, the Parties agreed that a portion of said funds in the available amount of $4,000.00 would be immediately released by *Pro Se* Petitioner to the United States Marshals Service, and an additional amount of $2,000.00 on September 1, 2015. In addition, *Pro Se* Petitioner agreed to submit monthly payments to the United States Marshals Service in the amount of $200.00, beginning on October 1, 2015, until the remaining balance of $5,659.12 has been satisfied as stated in the Agreement.

5	Due to financial difficulty, *Pro Se* Petitioner made a request to the Government for a reduced payment schedule. Beginning on May 1, 2019, *Pro Se* Petitioner agrees to make monthly payments to the United States Marshals Service in the

2

amount of $50.00, until the unavailable balance of the insurance claim funds received of $3,109.12 has been satisfied in full.

THEREFORE, IT IS HEREBY ORDERED THAT:

1.    Beginning on September 1, 2019, *Pro Se* Petitioner shall submit monthly payments to the United States Marshals Service in the amount of $50.00, until the unavailable balance of the insurance claim funds received of $3,109.12 has been satisfied as stated in the Amended Agreement, made by cashier's check payable to: "United States Marshals Service, Attention: Asset Forfeiture Unit, 400 N. Miami Avenue, Miami, Florida, 33128".

2.    Pursuant to 28 U.S.C. § 2465, no parties shall be entitled to attorney's fees, including any costs under 28 U.S.C. § 2412, nor shall the person or persons who made the seizure of the insurance claim funds, nor any attorney, agent, or employee of the United States, be liable to suit or judgment on account of the seizure of the insurance claim funds or prosecution of the instant forfeiture action, there being reasonable cause shown for the seizure.

SO ORDERED, this 12th day of February, 2020.

s/Clay D. Land
_____
CLAY D. LAND, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA